UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

FILED
DEC 21 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO:

V.

LaCroix Restaurant d/b/a The Rittenhouse Hotel a/k/a
Chef Matthew Levin,
Defendant

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, Moves under 42 USC 1983 and a TRO Restraining order against Defendants for violation of building codes, no handicap parking, no delivery service. Plaintiff seeks $10 million. I'm in solitary confinement at FCI Williamsburg. I ate at LaCroix Restaurant in 2002 and got food poisoning from the steak, which was false Advertising. I went out back in the dumpster, the meat came from Tyson Foods. Chef Matthew promised me a refund. I'm in solitary, I sent Defendants letters asking to be fed because my 8th amendment rights are being violated for cruel and unusual punishment not being served a proper nutrition. Levin promised to send me delivery 30 minutes or less, I did not get food. Levin had his chef liscence taken away in Denver, Miami, and Seattle. He told me this in AOL Email. Levin takes food home without Management knowing, but won't feed me. My civil rights are being violated. Valet parking scratched my car. I didn't get a doggy bag. The Bathrooms are filthy, I got a staph rash on my hands. Service was slow. The ceiling leaked. I have to eat meat in grease. I'm suffering, the Restaurant needs to be looked at by inspectors. I also get my food served cold and not cook properly. Noone is handling my medical needs. I'm suffering

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg        843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully submitted

Jonathan Lee Riches ©